# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE RESTRAINT OF: | § § |
| APPROXIMATELY 1,000 ROOSTERS, HENS, YOUNG CHICKENS, AND UNHATCHED CHICKENS LOCATED AT AND AROUND 4046 COUNTY ROAD 528, VERBENA, ALABAMA 36091 | § § § § § § § § |

2:21-cm-03636-MHT

Under Seal

---

## REQUEST FOR HEARING ON TEMPORARY RESTRAINING ORDER

---

COMES NOW Billy Easterling and Tyler Easterling, through their undersigned attorney of record, and state as follows:

1.    That on June 11, 2021 this Court entered a Fourteen-Day Temporary Restraining Order restraining Billy Easterling, Tyler Easterling, and Swift Creek Gamefarm from taking any action that would affect the availability of the property described in the TRO, including, but not limited to, selling, transporting, removing, secreting, euthanizing, or otherwise disposing of all or any part of their interest, direct or indirect in chickens made the subject of the TRO.

2.    That pursuant to this Court's Order, 18 U.S.C. § 983(j)(3), and 21 U.S.C. § 853(e)(2), Billy Easterling and Tyler Easterling request a hearing on the Temporary Restraining Order entered by the Court.

3.     Billy Easterling and Tyler Easterling object to the conversion of the TRO to

a 90 day restraining order and request a hearing pursuant to 21 U.S.C. § 853(e)(1) prior

to any conversion of the TRO to a 90 day restraining order.

WHEREFORE PREMISE CONSIDERED, Billy Easterling and Tyler Easterling

request that this Honorable Court schedule a hearing on the matter in accordance with

the Court's Order and applicable law.

Respectfully Submitted,

William K. Bradford (asb-6434-d64w)
Attorney for Billy Easterling and Tyler
Easterling
wkb@bradfordladner.com

**OF COUNSEL:**
BRADFORD LADNER, LLP.

*Clanton Alabama Office*
207 6th Street North, Suite 4
Clanton, AL 35046
205-802-8823

*Mobile Alabama Office*
160 St. Emanuel Street
Mobile, AL 36602
251-303-8800

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon the persons listed below electronically via CM/ECF or via U.S. Mail, postage prepaid and properly addressed, if so indicated, on *June 22, 2021.*

Sandra J. Stewart, Esq.
Acting United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

OF COUNSEL