IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

IN THE MATTER OF THE RESTRAINT OF:

APPROXIMATELY 1,000 ROOSTERS, HENS, YOUNG CHICKENS, AND UNHATCHED CHICKENS LOCATED AT AND AROUND 4046 COUNTY ROAD 528, VERBENA, ALABAMA, 36091

Case No.: 2:21-cm-03636-MHT

UNDER SEAL

## THE UNITED STATES OF AMERICA'S MOTION
## TO UNSEAL DOCUMENTS

The United States of America, by through Sandra J. Stewart, Acting United States Attorney, and Assistant United States Attorney Gregory O. Griffin, Jr., both of the Middle District of Alabama, and respectfully moves the Court to unseal the above-captioned case, and permit applications, motions, and court orders to be filed on the public record.

Respectfully submitted this 24th day of June 2021.

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

GREGORY O. GRIFFIN, JR.
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Gregory.Griffin@usdoj.gov